# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-08572 |
| | ) | |
| Jurgita Paulauskas | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **July 13, 2018** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **TRUSTEE'S MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

>                Ilene F. Goldstein, as Trustee
>                for Jurgita Paulauskas
>                By:   /s/ Ilene F. Goldstein
>                       One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

# **CERTIFICATE OF SERVICE**

<u>Statement on service list regarding serving docs electronically</u>

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, or via overnight mail as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on June 22, 2018.

                                                                     /s/ Ilene F. Goldstein
                                                                      Ilene F. Goldstein

# **SERVICE LIST**

| | |
|---|---|
| **U.S. Trustee** | **Via Court's Electronic Notice for Registrants** |
| Stephen G. Wolfe | |
| Office of the U.S. Trustee, Region 11 | |
| 219 South Dearborn Street | |
| Room 873 | |
| Chicago, IL 60604 | |
| | |
| **Debtor's Counsel** | **Via Court's Electronic Notice for Registrants** |
| **Alexey Y. Kaplan** | |
| Kaplan Law Offices, PC | |
| 3400 Dundee Road, Ste. 150 | |
| Suite 310 | |
| Northbrook, IL 60062 | |
| | |
| **Debtors** | **Via First Class Mail** |
| **Jurgita Paulauskas** | |
| 20877 Birch Lane | |
| Deerfield, IL 60015 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-08572 |
| | ) | |
| Jurgita Paulauskas | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**TRUSTEE'S  MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of Jurgita Paulauskas("Debtor"), moves this Court for the entry of an order  Order pursuant to Bankruptcy Rules 4004(b) extending the date to object to Debtor's discharge .  In support of this motion the Trustee states as follows:

1.  On April 26, 2018 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.  Ilene F. Goldstein has been appointed as the duly appointed, qualified and acting bankruptcy Trustee for the Bankruptcy Estate of Jurgita Paulauskas           .

3 The Debtor claims to be separated or estranged from her husband but she may still be working for the husband, paying bills together and possibly living together.  There may be joint debts.

4.  The Trustee needs to further and continue her investigation into the Debtor's assets, creditor claims and overall status of the Estate and before a determination as to whether to object to the Debtors' discharge can be made. The debtor has  provided information to the Trustee which she is still reviewing.

WHEREFORE, Ilene F. Goldstein, as Chapter 7 Trustee for the Estate

of Jurgita Paulauskas, requests the entry of an Order extending the time for the Trustee to file an objection to Debtor's discharge, pursuant to Bankruptcy Rule 4004(b), for ninety days from June 25, 2018 to September 23, 2018 and for such other and further relief as this Court deems appropriate.

DATED:  June 22, 2018

                                       Respectfully submitted,
                                       ILENE F. GOLDSTEIN, as Trustee for Jurgita Paulauskas

                                       By: /s/ Ilene F. Goldstein
                                             One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595